JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA STETSON, ) | Case No. 1:19-cv-00313-GSA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | FOR EXTENSION OF TIME |
| ANDREW SAUL, [1] ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective

counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time,

from October 16, 2019 to November 15, 2019, for Plaintiff to serve on defendant with

PLAINTIFF'S OPENING BRIEF. All other dates in the Court's Scheduling Order shall be

extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that

the requested extension is necessary due several merit briefs being due on the same week.

Counsel requires additional time to brief the issues thoroughly for the Court's consideration.

---

[1]   Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a
party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42
U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of
Commissioner of Social Security).

1

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: October 1, 2019                    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: October 2, 2019                    MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Ben A Porter*
Ben A Porter
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on October 2, 2019 )

IT IS SO ORDERED.

Dated:  __October 2, 2019__          _____/s/ Gary S. Austin__
UNITED STATES MAGISTRATE JUDGE